CO-386-online
10/03

**FILED**

MAY 21 2012

# United States District Court
# For the District of Columbia

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ROMAN CATHOLIC ARCHBISHOP )
OF WASHINGTON, et al., )
)
                 Plaintiff )    Civil Action No. __12 0815__
   vs )
)
KATHLEEN SEBELIUS, et al., )
)
                 Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Roman Catholic Archbishop of Washington__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Roman Catholic Archbishop of Washington__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C Bar No. 464752
BAR IDENTIFICATION NO.

Noel J. Francisco
Print Name

51 Louisiana Avenue, N W.
Address

Washington    D.C.    20001
City    State    Zip Code

(202) 879-3939
Phone Number